Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/10/2018



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN JETTON TAYLOR,<br><br>    Debtor. | Case No. 3:17-bk-04932<br>Chapter 13<br>Judge Walker |
| STEPHEN JETTON TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE,<br><br>    Defendant. | Adversary No. 3:18-ap-90060 |

## PRETRIAL ORDER

At the pretrial conference held in Nashville, Tennessee on **November 27, 2018**, the following were present:

    Dan Castagna, Attorney for Plaintiff
    Hank Moss, Attorney for Defendant

### DEADLINES

The following deadlines have been established:

1. Dispositive motions must be filed by February 19, 2019.

2. Any responses to dispositive motions must be filed by March 5, 2019.

3. A hearing on dispositive motions will be held on March 19, 2019, at 9:00 a.m. in Courtroom 2, Customs House, 701 Broadway, Nashville, TN 37203.

**IT IS SO ORDERED.**

# # #

**PREPARED BY AND APPROVED FOR ENTRY:**

/s/ Bret J. Chaness
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for LoanCare, LLC*


**APPROVED FOR ENTRY:**

/s/ *Daniel Castagna (by BJC w/ permission)*
Daniel Castagna (BPR 22721)
Flexer Law PLLC
1900 Church St Ste 400
Nashville, TN 37203
(615) 255-2893 (Phone)
(615) 242-8849 (Fax)
dan@flexerlaw.com

Attorney for Debtor

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-ap-90060    Doc 15    Filed 12/11/18    Entered 12/11/18 07:48:56    Desc Main
Document    Page 2 of 2