IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN JETTON TAYLOR,<br><br>    Debtor. | Case No. 3:17-bk-04932<br>Chapter 13<br>Judge Walker |
| STEPHEN JETTON TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE,<br><br>    Defendant. | Adversary No. 3:18-ap-90060 |

## **LOANCARE, LLC'S MOTION FOR SUMMARY JUDGMENT**

COME NOW, LoanCare, LLC ("LoanCare") and hereby moves this Court for summary judgment in its favor pursuant to Fed. R. Civ. P. 56 on the basis that there are no undisputed facts and that LoanCare is entitled to judgment as a matter of law. In support of this Motion, LoanCare relies upon its Statement of Undisputed Facts and Memorandum of Law, filed contemporaneously with this Motion.

WHEREFORE, LoanCare prays for relief as follows:

a) That this Court grant judgment as a matter of law to LoanCare; and

b) For any other relief that this Court deems just as proper.

1

Respectfully submitted, this 22nd day of April, 2019.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (BPR # 31643)
>**RUBIN LUBLIN TN, PLLC**
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, GA 30071
>(678) 281-2730 (Telephone)
>(404) 921-9016 (Facsimile)
>bchaness@rubinlublin.com
>
>*Attorney for LoanCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2019, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (BPR # 31643)