IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN JETTON TAYLOR,<br><br>    Debtor. | Case No. 3:17-bk-04932<br>Chapter 13<br>Judge Walker |
| STEPHEN JETTON TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE, LLC,<br><br>    Defendant. | Adversary No. 3:18-ap-90060 |

**JOINT MOTION TO RESET HEARING ON MOTION FOR SUMMARY JUDGMENT**

COME NOW, LoanCare, LLC ("LoanCare") and Stephen Jetton Taylor ("Mr. Taylor") (collectively, the "Parties"), and hereby file this Joint Motion to Reset the Hearing on LoanCare's Motion for Summary Judgment.

The hearing on the Motion for Summary Judgment is currently scheduled for May 28, 2019, at 9:00 a.m., Mr. Taylor's counsel will be out of town that day and LoanCare has no opposition to a continuance. Additionally, a loss mitigation application has been completed which, if approved, may resolve all issues and obviate the need for a hearing. Thus, the Parties request that the hearing on LoanCare's Motion for Summary Judgment be reset to the week of June 10, 2019.

WHEREFORE, the Parties hereby request that the hearing on LoanCare's Motion for Summary Judgment be reset to the week of June 10, 2019.

1

Respectfully submitted, this 10th day of May 2019.

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ Daniel T. Castagna (by BJC w/ permission)* |
| BRET J. CHANESS (BPR# 31643) | DANIEL T. CASTAGNA (BPR # 22721) |
| **RUBIN LUBLIN TN, PLLC** | **FLEXER LAW, PLLC** |
| 3145 Avalon Ridge Place, Suite 100 | 1900 Church Street |
| Peachtree Corners, GA 30071 | Suite 400 |
| (678) 281-2730 (Telephone) | Nashville, TN 37203 |
| (404) 921-9016 (Facsimile) | (615) 255-2893 (Telephone) |
| bchaness@rubinlublin.com | cm-ecf@jamesflexerconsumerlaw.com |
| *Attorney for LoanCare, LLC* | *Attorney for Debtor* |

## **CERTIFICATE OF SERVICE**

I certify that on the 10th day of May 2019, the within and foregoing was filed via CM/ECF, which will serve notice on all parties.

                                                           */s/ Bret J. Chaness*
                                                           BRET J. CHANESS (BPR# 31643)