IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN JETTON TAYLOR,<br><br>    Debtor. | Case No. 3:17-bk-04932<br>Chapter 13<br>Judge Walker |
| STEPHEN JETTON TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE,<br><br>    Defendant. | Adversary No. 3:18-ap-90060 |

## **LOANCARE, LLC'S MOTION FOR STATUS CONFERENCE**

COME NOW, LoanCare, LLC ("LoanCare") and files this Motion for Status Conference, respectfully showing this Honorable Court as follows:

1. On April 22, 2019, LoanCare filed a Motion for Summary Judgment on all issues in the case. [Doc. 20].

2. A hearing was held on the Motion for Summary Judgment nearly one year ago, on November 5, 2019. At the conclusion of the hearing, this Court took the motion under advisement. However, as of this date, no order has been entered on the motion.

3. Given the length of time that has passed since the hearing on the Motion for Summary Judgment, LoanCare respectfully requests that this Court set a status conference so that the parties may be apprised of the status of the pending Motion for Summary Judgment.

1

WHEREFORE, LoanCare respectfully requests that this Court grant this motion and schedule a status conference in this matter.

Respectfully submitted, this 26th day of October 2020.

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for LoanCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October 2020, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)