Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:18−ap−90060
Related Bankruptcy Proceeding No. 3:17−bk−04932

Judge Charles M Walker

In Re:

Plaintiff/Movant : STEPHEN JETTON TAYLOR

vs

Defendant/Respondent : LoanCare, LLC

PLEASE TAKE NOTICE that a hearing will be held Telephonically.:

The call−in number is 1−888−363−4749, Access Code 7250422# on 11/24/20 at 10:15 AM

to consider and act upon the following:

38 − Motion for Status Conference. Filed on the behalf of: Defendant LoanCare, LLC. (Chaness, Bret)

Dated: 10/30/20  /s/ TERESA C. AZAN
Clerk, U.S. Bankruptcy Court