Charles M. Walker
U.S. Bankruptcy Judge
Dated: 11/4/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 3:17-bk-04932 |
| STEPHEN JETTON TAYLOR ) | Chapter 13 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| _____ ) | |
| ) | |
| STEPHEN JETTON TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. No: 3:18-ap-90060 |
| ) | |
| LOANCARE, LLC ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on the Defendant's Motion for Summary Judgment (Dkt. #20). The motion having been fully briefed and the Court being duly advised,

IT IS HEREBY ORDERED that, for the reasons stated in the Memorandum Opinion issued simultaneously with this Order, the motion is GRANTED and summary judgment is entered in favor of the Defendant.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.