# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

## TRANSCRIPT REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only),
and deliver to Clerk's office at: 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203
or file electronically through CM/ECF.

| | |
|---|---|
| **1. NAME OF PARTY REQUESTING TRANSCRIPT** | **2. DATE OF ORDER** |
| **3. EMAIL ADDRESS** | **4. PHONE NUMBER** |
| **5. MAILING ADDRESS** | |

| | | |
|---|---|---|
| **6. CASE NUMBER** | **7. CASE NAME** | **8. JUDGE** |

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From _____ to _____

**10. ORDER IS FOR**
   APPEAL      BANKRUPTCY      ADVERSARY
   OTHER:_____

**11. PORTIONS REQUESTED** (Indicate the portion of the hearing/trial requested)
   Entire Hearing/Trial      Court Ruling Only
   Voir Dire      Testimony of (Specify Name):
   Opening Statement (Plaintiff)      _____
   Opening Statement (Defendant)      _____
   Closing Statement (Plaintiff)      _____
   Closing Statement (Defendant)      Other: _____

**12. REQUESTED TURNAROUND TIME**
   Daily (24-Hour)      7-Day Expedited
   14-Day Expedited      Standard (30-Day)

**13. NUMBER OF COPIES REQUESTED** (Transcript request includes 1 copy for the Court)

*By signing below, I certify that I will pay all charges for the preparation of the transcript, including search fee, deposit, and any additional charges as specified by the assigned transcriptionist.*

_____      _____
Signature of Person Ordering      Date

| FOR COURT USE ONLY | DATE | BY |
|---|---|---|
| ORDER RECEIVED BY INTAKE | | |
| SEARCH FEE PAID | | |
| FILE(S) UPLOADED | | |

jjk 3/2019
Case 3:18-ap-90060    Doc 46    Filed 11/13/20    Entered 11/13/20 14:21:04    Desc Main
Document    Page 1 of 1