Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:18−ap−90060
Related Bankruptcy Proceeding No. 3:17−bk−04932

Judge Charles M Walker

In Re:

Plaintiff/Movant : STEPHEN JETTON TAYLOR

vs

Defendant/Respondent : LoanCare, LLC

PLEASE TAKE NOTICE that a hearing will be held Telephonically.:

The call−in number is 1−888−363−4749, Access Code 7250422# on 6/9/21 at 11:00 AM

to consider and act upon the following:

**55** − Motion and Notice for Compromise and Settlement . If timely response hearing will be held on 6/9/2021 at 11:00 AM via AT&T Conference Line using Call−In Number 1−888−363−4749 and Access Code 7250422#. Responses due by 5/27/2021. Certificate of Service Mailed on 5/5/2021. Filed on the behalf of: Plaintiff STEPHEN JETTON TAYLOR. (CASTAGNA, DANIEL)

Dated: 5/24/21                                          /s/ TERESA C. AZAN
                                                        Clerk, U.S. Bankruptcy Court